No. 94–206. WRIGHT, DIRECTOR, ILLINOIS DEPARTMENT OF PUBLIC AID, ET AL. *v.* FRANCES J., BY HER GUARDIAN, MURPHY. C. A. 7th Cir. Certiorari denied.

No. 94–209. MORALES, ATTORNEY GENERAL OF TEXAS, ET AL. *v.* FIRST GIBRALTAR BANK, FSB, ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–210. DAVIS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–213. MOORE *v.* FELGER ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–214. HUNTER *v.* NORTHROP UNIVERSITY SCHOOL OF LAW. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–215. MURPHY *v.* INTERNATIONAL BUSINESS MACHINES CORP. C. A. 2d Cir. Certiorari denied.

No. 94–216. JAKABOVITZ *v.* CABRERA ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–217. DYER *v.* UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–222. INTERMEDICS, INC. *v.* VENTRITEX CO., INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 94–224. SANTANA, AKA JULIO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–225. WVCH COMMUNICATIONS, INC., ET AL. *v.* UPPER PROVIDENCE TOWNSHIP ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–227. S–1 AND S–2, BY AND THROUGH THEIR PARENTS AND GUARDIANS AD LITEM, P–1 AND P–2, ET AL. *v.* STATE BOARD OF EDUCATION OF NORTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–228. KAREL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.